UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KARINA URBINA, an individual, et al.,**<br><br>                                                Plaintiffs,<br><br>        v.<br><br>**JEFFREY A. BURDICK, an individual, et al.,**<br><br>                                                Defendants. | Case No. 1:20-CV-00460-NONE-JLT<br><br>**[Proposed] ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br>(Doc. 13) |

Upon the stipulation of counsel and good cause appearing the Court **ORDERS** that the defendant SHALL file a responsive pleading no later than June 24, 2020.

IT IS SO ORDERED.

    Dated:   **May 28, 2020**                              **/s/ Jennifer L. Thurston**
                                                           UNITED STATES MAGISTRATE JUDGE