Xavier Becerra
Attorney General of California
ELIZABETH S. ANGRES
Supervising Deputy Attorney General
GARY OSTRICK
Deputy Attorney General
IVETA OVSEPYAN, State Bar No. 279218
Deputy Attorney General
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013
 Telephone:  (213) 269-6606
 Fax:  (916) 731-2120
 E-mail:  Iveta.Ovsepyan@doj.ca.gov
*Attorneys for Defendant Jeffrey A. Burdick
and Non-Party Witness California Highway
Patrol*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KARINA URBINA, et al.**<br><br>Plaintiffs,<br><br>v.<br><br>**JEFFREY A. BURDICK,**<br><br>Defendant. | Case No. 1:20-CV-00460-NONE-JLT<br><br>**STIPULATION TO EXTEND STIPULATED PROTECTIVE ORDER; ORDER**<br><br>(Doc. 21) |

WHEREAS, Discovery in this action involves production of confidential, proprietary, or private information for which special protection from public disclosure and from use for any purpose other than prosecuting this litigation may be warranted;

WHEREAS, the parties filed a Proposed Stipulated Protective Order on July 20, 2020 (Dkt. No. 19);

WHEREAS, the Court entered an Order approving the Stipulated Protective Order on July 20, 2020 (Dkt. No. 20);

WHEREAS, Plaintiffs have issued a subpoena for production of documents

1

upon the California Highway Patrol, a non-party witness to this action;

WHEREAS, the current Stipulated Protective Order does not apply to discovery produced by the California Highway Patrol which contains confidential, proprietary, or private information;

WHEREAS, the parties wish to extend the Stipulated Protective Order to apply to discovery produced by the California Highway Patrol;

Accordingly, the parties hereby stipulate to and petition the Court to extend the Stipulated Protective Order entered on July 20, 2020, as Docket number 20, to discovery produced by non-party witness, the California Highway Patrol.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  October 1, 2020               Respectfully Submitted,

XAVIER BECERRA
Attorney General of California
ELIZABETH S. ANGRES
Supervising Deputy Attorney General

/s/ Iveta Ovsepyan
IVETA OVSEPYAN

/s/ Gary Ostrick
GARY OSTRICK

Deputy Attorneys General
*Attorneys for Defendant Jeffrey A. Burdick and Non-Party Witness California Highway Patrol*

Dated:  September 30, 2020            CARRILLO LAW FIRM, LLP

/s/ Laura M. Jimenez
(as authorized on September 30, 2020)

LUIS A. CARRILLO
MICHAEL S. CARRILLO
LAURA M. JIMENEZ
*Attorneys for Plaintiffs*

ORDER

Good cause appearing, the stipulation is **GRANTED** and the protective order (Doc. 20) is extended to encompass discovery produced by the California Highway Patrol, which contains confidential, proprietary, or private information.

IT IS SO ORDERED.

Dated:   **October 1, 2020**            /s/ Jennifer L. Thurston
                                        UNITED STATES MAGISTRATE JUDGE