Luis A. Carrillo, Esq. (SBN 70398)
Michael S. Carrillo, Esq. (SBN 258878)
Laura M. Jimenez, Esq. (SBN 237273)
CARRILLO LAW FIRM, LLP
1499 Huntington Drive, Suite 402
South Pasadena, CA 91030
Tel: (626) 799-9375 Fax: (626) 799-9380

Attorneys for Plaintiffs
Karina Urbina and Everardo Rangel

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARINA URBINA, an individual, JOSE EVERARDO RANGEL, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>JEFFREY A. BURDICK, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 1:20-CV-00460-NONE-JLT<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>U.S. Magistrate Judge Jennifer L. Thurston |

**TO THE HONORABLE JENNIFER L. THURSTON**

Plaintiffs Karina Urbina and Everardo Rangel ("Plaintiffs") and Defendant Jeffrey A. Burdick ("Defendant"), by and through their respective counsel of record, hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this case shall be dismissed without prejudice.

///

Pursuant to this stipulation, Plaintiffs are dismissing this action in its entirety. In addition, Plaintiffs and Defendant are responsible for their own attorneys' fees, costs and litigation expenses.

Dated: December 28, 2020                    CARRILLO LAW FIRM, LLP

                                                             By:  /s/   Laura M. Jimenez_____
                                                                     Laura M. Jimenez, ESQ.
                                                                     Attorney for Plaintiff

Dated:  December 28, 2020                   OFFICE OF THE CALIFORNIA ATTORNEY GENERAL

                                                             By: _____/s/ Gary Ostrick_____
                                                                 Gary Ostrick
                                                                Deputy Attorney General for Defendant Jeffrey Burdick

## ATTESTATION REGARDING SIGNATURES

I, Laura M. Jimenez, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December 28, 2020          By: __/s/__Laura M. Jimenez_____
                                  Laura M. Jimenez