1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   **KARINA URBINA, an individual, et al.,**     Case No. 1:20-CV-00460-NONE-JLT

12                                    Plaintiffs,   **ORDER DIRECTING THE CLERK OF
                                                    THE COURT TO ASSIGN THIS CASE**
13         **v.**                                   **TO A DISTRICT JUDGE AND TO
                                                    CLOSE THE ACTION**
14   **JEFFREY A. BURDICK, an individual, et**      (Doc. 23)
     **al.,**
15
                                     Defendants.
16

17          The parties have filed a stipulation to dismiss the action without prejudice under Federal

18   Rules of Civil Procedure Rule 41(a)(1)(A)(ii). (Doc. 23) Accordingly, the Clerk of Court is

19   DIRECTED to assign a district judge for the purpose of closing this case and then to close this

20   action.

21
     IT IS SO ORDERED.
22

23      Dated:  __January 6, 2021__              _____/s/ Jennifer L. Thurston__
                                                 UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28